UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY D. CISTERNINO,<br><br>Debtor.<br><br>ANTHONY D. CISTERNINO,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE,<br><br>Defendant. | Bankr. Case No.: 13-24152-DRC<br><br>Chapter 13<br><br><br>Adv. Proc. No.: 18-00188 |

### AGREED CONSENT ORDER FOR SETTLEMENT
### BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC
### AND DISMISSING THIS ADVERSARY PROCEEDING

This matter having been opened upon Plaintiff, Anthony D. Cisternino ("Plaintiff")'s, Complaint, naming "Sallie Mae" as a Defendant, and seeking a discharge of educational loan debt, and upon consideration of the agreement between Plaintiff and Navient Solutions, LLC f/k/a Navient Solutions, Inc. f/k/a Sallie Mae, Inc. ("Navient") to the terms herein, as evidenced by the signatures below, the COURT HEREBY FINDS:

A. Plaintiff is indebted to Navient pursuant to the applicable terms of three (3) educational loan promissory notes ("Promissory Notes"), executed by Plaintiff to obtain educational loans ("Educational Loans"), which were disbursed between the dates of October 26, 2007 and July 30, 2008 ("Student Loans").

B. As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Educational Loans evidenced by the Promissory Notes, including principal, interest and fees, in the amount of $126,268.17.

Based upon the agreement of the parties hereto, as evidenced by the signatures below,

IT IS HEREBY ORDERED

1. Upon the Plaintiff's payment to Navient Solutions, LLC, in the total amount of $35,000.00 ("Settlement Sum"), in non-estate funds, within ninety (90) days after entry of this Agreed Consent Order, Plaintiff's remaining liability on the debt owed to Navient, arising from the Educational Loans evidenced by the Promissory Notes referenced herein above, will be deemed dischargeable, and will be discharged by the general discharge that may be entered in the Plaintiff's main bankruptcy case; and

2. Payment of the Settlement Sum shall note the Plaintiff's ten digit account number, ******8399 (redacted here for privacy reasons) on the payment and shall be mailed to, "Navient Solutions, LLC, P.O. Box 9000, Wilkes Barre, PA 18773-9000," or to any other address provided to the Plaintiff by Navient in writing; and

3. Upon entry of this Agreed Consent Order, this adversary proceeding is dismissed, subject to the terms of this Agreed Consent Order.

DATED: 29 NOV 2018

HONORABLE DONALD R CASSLING
UNITED STATES BANKRUPTCY JUDGE
NORTHERN DISTRICT OF ILLINOIS

Agreed as to form and content:

*(signature)*

Rae Kaplan, Esquire
Kaplan Bankruptcy Firm, LLC
25 East Washington Street, Suite 1501
Chicago, IL 60602
Telephone: (312) 294-8989
Facsimile: (312) 294-8995
Email: rkaplan@financialrelief.com
Attorney for Plaintiff, Anthony D. Cisternino


*(signature)*

Amy A. Aronson, Esquire
Aronson & Walsh, P.C.
P.O. Box 5907
Vernon Hills, IL 60061-5907
Telephone: (847) 247-1810
E-mail: amyaronson@comcast.net
Attorney for Navient Solutions, LLC